<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1990**

CHARLES DOWDELL, SR.,

                    Plaintiff – Appellant,

          v.

LOVE'S TRAVEL STOP,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Chief District Judge.  (7:12-cv-00516-GEC)

Submitted: October 22, 2013          Decided: October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Dowdell, Sr., Appellant Pro Se. Matthew David Green, MORRIS & MORRIS, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Dowdell, Sr., appeals the district court's orders dismissing his civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially for the reasons stated by the district court. Dowdell v. Love's Travel Stop, No. 7:12-cv-00516-GEC (W.D. Va., Feb. 20, 2013; July 12, 2013); see also 4th Cir. R. 34(b) (limiting appellate review to issues raised in informal brief); Ashcroft v. Iqbal, 556 U.S. 662, 679 (2009) (holding that complaint may survive motion to dismiss only if it "states a plausible claim for relief" that "permit[s] the court to infer more than the mere possibility of misconduct" based upon "its judicial experience and common sense"); Winn-Dixie Stores, Inc. v. Parker, 396 S.E.2d 649, 650-51 (Va. 1990) (providing requirements for premises liability claim in slip-and-fall case). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED